IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                          **PLAINTIFF**

**V.**                 **CASE NO. 4:20-CV-1266-KGB-BD**

**NEWBURN**                                                                  **DEFENDANT**

<u>**RECOMMENDED DISPOSITION**</u>

**I.**     <u>**Procedure for Filing Objections**</u>

This Recommendation for dismissal has been sent to Kristine G. Baker. Any party may file written objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. Parties who do not file objections risk waiving their right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.**     <u>**Discussion**</u>

Esker Martin, III, an inmate at the Pulaski County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2)

On March 23, 2021, Defendant Newburn moved for an order compelling Mr. Martin to respond to discovery requests. (Doc. No. 28) On March 29, the Court granted the motion and ordered Mr. Martin to file responses to the Defendants' discovery requests with the Court by April 16, 2021. (Doc. No. 30) The Court cautioned Mr. Martin

that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice. Local Rule 5.5(c). (Doc. No. 3) To date, Mr. Martin has not filed discovery responses, and the time for doing so has passed.

## III.  Conclusion

The Court recommends that Mr. Martin's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's March 29, 2021 Order and his failure to prosecute this lawsuit.

DATED this 21st day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE