IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                      **PLAINTIFF**

v.                  Case No. 4:20-cv-01266-KGB-BD

**NEWBURN**                                                              **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Esker Martin, III's claims are dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 7th day of July, 2021.

_____
Kristine G. Baker
United States District Judge